U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 30 2003
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. DANIEL LUGOSCH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 00-CV-0784 (NAM-RFT) |
| ROBERT J. CONGEL, et al., | ) |
| Defendants. | ) |

**SECOND AMENDED JOINT STIPULATION AND ORDER
REGARDING DISCOVERY DEADLINES**

Plaintiffs J. Daniel Lugosch, III, Robert L. Ungerer, John A. Bersani, Edward A. Kellogg, John C. Charters, Peter S. Steingraber, William Tapella and Richard Askin (collectively, "Plaintiffs"), and Defendants Robert J. Congel, James A. Tuozzolo, Robert Brvenik, and Marc A. Malfitano, Pyramid Company of Onondaga, Eklecco L.L.C., Woodchuck Hill Associates, Riesling Associates, Madeira Associates, Moselle Associates, and Scott R. Congel (collectively, "Defendants") hereby stipulate as follows:

1. All discovery shall be completed no later than September 12, 2003.

2. Plaintiffs collectively may take no more than twenty-five total depositions (including depositions that have already been taken), excluding expert depositions. Defendants collectively may take no more than twenty-five total depositions, excluding expert depositions.

3. No deposition may last longer than one day of seven hours.

4. With respect to experts whose opinions may be presented at trial:

    a.    No later than April 17, 2003, plaintiffs shall identify such expert(s) and shall serve on the other parties the expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B).

    b.    No later than May 19, 2003, defendants shall identify such expert(s) and shall serve on the other parties the expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B).

    c.    No depositions of experts shall be taken until after the exchange of the above expert reports.

    d.    No later than June 19, 2003, the parties must identify any and all experts who will contradict or rebut evidence on the same subject matter identified by another party under paragraphs 4(a) and (b) above, and unless waived, shall serve on the other parties such expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B).

5.    Dispositive motions shall be filed fully briefed no later than November 26, 2003. Motions for summary judgment shall be served by October 3, 2003, with the opposition to those motions served by November 14, 2003 and replies served by November 26, 2003.

6.    Motions for summary judgment may not exceed 50 pages, with the opposition to those motions not to exceed 100 pages and replies not to exceed 20 pages. Plaintiffs reserve their right to serve an individual response to each motion that may be made by any defendant or, in the alternative, file one response tentatively totaling 100 pages, with the understanding that plaintiffs reserve their right to petition the Court to increase the total number of pages of their responses.

_David Hensler_ Kul
David J. Hensler
Bar Roll No. 101959
Lisa R. Bonanno
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

_Michael Cunningham_ Kul
Michael J. Cunningham
Bar Roll No. 101435
ISEMAN, CUNNINGHAM, RIESTER
& HYDE, L.L.P.
9 Thurlow Terrace
Albany, NY 12203
Tel: (518) 462-3000
Fax: (518) 462-4199
Counsel for Defendants Robert J. Congel, Woodchuck Hill Associates, Riesling Associates, Madeira Associates, and Moselle Associates

_John Bray_ Kul
John M. Bray
KING & SPALDING
1730 Pennsylvania Avenue, N.W.
Washington, DC 20008
Tel: (202) 737-0500
Fax: (202) 626-3737

_Patricia Griffin_ Kul
Patricia A. Griffin
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
Counsel for Defendants Marc A. Malfitano and Robert Brvenik

_Krista Enns_ Kul
Krista M. Enns
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC 20005
Tel: (202) 371-5700
Fax (202) 371-5950

_Eric Dadd_ Kul
Eric T. Dadd
DADD & NELSON, P.C.
11 Exchange Street
Attica, NY 14011
Tel: (585) 591-1100
Fax: (585) 591-1722
Counsel for Defendants Pyramid Company of Onondaga and Eklecco L.L.C.

_Jeffrey Rosen_ /kwl/
Jeffrey A. Rosen
James P. Gillespie
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

_Robert Smith_ /kwl/
Robert J. Smith
COSTELLO COONEY & FEARON, LLP
205 South Salina Street
Salina Place
Syracuse, NY 13202
Tel: (315) 422-1152
Fax: (315) 422-1139
Counsel for Defendant Scott R. Congel

_Paul Ware_ /kwl/
Paul F. Ware, Jr.
Anthony S. Fiotto
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

_Stephen Helmer_ /kwl/
Stephen T. Helmer
MACKENZIE HUGHES LLP
101 South Salina Street, Suite 600
Syracuse, NY 13202
Tel: (315) 233-8286
Fax: (315) 426-8358
Counsel for Defendant James A. Tuozzolo

Michael Endler
Jeffrey S. Shelly
BOIES, SCHILLER & FLEXNER L.L.P.
10 North Pearl Street – 4th Floor
Albany, NY 12207
Counsel for Plaintiffs

Dated: June 26, 2003

4

| | |
|---|---|
| Jeffrey A. Rosen<br>James P. Gillespie<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, DC 20005<br>Tel: (202) 879-5000<br>Fax: (202) 879-5200 | Robert J. Smith<br>COSTELLO COONEY & FEARON, LLP<br>205 South Salina Street<br>Salina Place<br>Syracuse, NY 13202<br>Tel: (315) 422-1152<br>Fax: (315) 422-1139<br><u>Counsel for Defendant Scott R. Congel</u> |
| Paul F. Ware, Jr.<br>Anthony S. Fiotto<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Tel: (617) 570-1000<br>Fax: (617) 523-1231 | Stephen T. Helmer<br>MACKENZIE HUGHES LLP<br>101 South Salina Street, Suite 600<br>Syracuse, NY 13202<br>Tel: (315) 233-8286<br>Fax: (315) 426-8358<br><u>Counsel for Defendant James A. Tuozzolo</u> |

_/s/ Michael Endler_
Michael Endler
Jeffrey S. Shelly
BOIES, SCHILLER & FLEXNER L.L.P.
10 North Pearl Street – 4th Floor
Albany, NY 12207
<u>Counsel for Plaintiffs</u>

Dated: June 26, 2003

4

The schedule set forth herein shall supersede the applicable portions of the schedule set forth in U.S. Magistrate Judge Randolph F. Treece's Order dated April 12, 2003.

SO ORDERED.

_____
Randolph F. Treece
United States Magistrate Judge

Dated: Jun 27, 2003

LIBA/1249636.1

5