UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. DANIEL LUGOSCH, III; ROBERT L. UNGERER; JOHN A. BERSANI; EDWARD A. KELLOGG; JOHN C. CHARTERS; PETER C. STEINGRABER, RICHARD K. ASKIN; and WILLIAM TAPELLA,<br><br>                           Plaintiffs,<br><br>-against-<br><br>ROBERT J. CONGEL, individually and as General Partner of Woodchuck Hill Associates, Riesling Associates, Madeira Associates and Moselle Associates; PYRAMID COMPANY OF ONONDAGA; EKLECCO L.L.C.; WOODCHUCK HILL ASSOCIATES; RIESLING ASSOCIATES; MADEIRA ASSOCIATES; MOSELLE ASSOCIATES; JAMES A. TUOZZOLO; ROBERT BRVENIK; MARC A. MALFITANO; and SCOTT R. CONGEL,<br><br>                           Defendants. | 00-cv-0784 (NAM/RFT) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs J. Daniel Lugosch, III, Robert L. Ungerer, John A. Bersani, Edward A. Kellogg, John C. Charters, Peter C. Steingraber, Richard K. Askin, and William Tapella, and Defendants Robert J. Congel, Pyramid Company of Onondaga, EklecCo L.L.C., Woodchuck Hill Associates, Riesling Associates, Madeira Associates, Moselle Associates, James A. Tuozzolo, and Scott Congel, being the only parties to this action, hereby stipulate and agree that this action, including all claims and counterclaims, shall be dismissed with prejudice, without costs, attorneys' fees, disbursements and expenses and each party waiving its right to appeal.

LIBA/1761621.1

Respectfully submitted,

| | |
|---|---|
| J. DANIEL LUGOSCH, III; ROBERT L. UNGERER; JOHN A. BERSANI; EDWARD A. KELLOGG; JOHN C. CHARTERS; PETER C. STEINGRABER, RICHARD K. ASKIN; and WILLIAM TAPELLA | ROBERT J. CONGEL, WOODCHUCK HILL ASSOCIATES, RIESLING ASSOCIATES, MADEIRA ASSOCIATES, MOSELLE ASSOCIATES, JAMES A. TUOZZOLO |
| By their attorneys, | By their attorneys, |
| /s/ Michael I. Endler<br>Michael I. Endler<br>Jeffrey Shelly<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street<br>4th Floor<br>Albany, NY 12207<br>(518) 434-0600 | /s/ Anthony S. Fiotto<br>Paul F. Ware, Jr. PC (BBO No. 516240)<br>Anthony S. Fiotto (BBO No. 558089)<br>Christopher D. Moore (BBO No. 630651)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

SCOTT R. CONGEL

By his attorney:

 /s/ James Gillespie
James Gillespie
Kirkland & Ellis
655 Fifteenth St., N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

PYRAMID COMPANY OF ONONDAGA AND EKLECCO, LLC

By their attorney:

 /s/ Eric T. Dadd
Eric T. Dadd
Dadd & Nelson
11 Exchange Street
P.O. Box 238
Attica, NY 14011
(585) 591-1100

Dated: February 1, 2007